No. 578. PITTMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Fred Okrand* for petitioner. *Solicitor General Marshall, Assistant Attorney General Douglas* and *David L. Rose* for the United States.

No. 580. CALIFORNIA *v.* FEDERAL POWER COMMISSION; and
No. 591. TURLOCK IRRIGATION DISTRICT ET AL. *v.* FEDERAL POWER COMMISSION. C. A. 9th Cir. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, and *J. M. Sanderson,* Deputy Attorney General, for petitioner in No. 580. *Robert L. McCarty* and *Charles F. Wheatley, Jr.,* for petitioners in No. 591. *Solicitor General Marshall, Richard A. Solomon, John C. Mason, Howard E. Wahrenbrock, Joseph B. Hobbs* and *Daniel Goldstein* for respondent. *Robert Matthews,* Attorney General of Kentucky, *Clarence A. H. Meyer,* Attorney General of Nebraska, *Louis J. Lefkowitz,* Attorney General of New York, *Helgi Johanneson,* Attorney General of North Dakota, *Frank L. Farrar,* Attorney General of South Dakota, and *John F. Raper,* Attorney General of Wyoming, filed a brief for their respective States, as *amici curiae,* in support of the petition in No. 591. Reported below: 345 F. 2d 917.

No. 581. WOLF *v.* BLAIR ET AL. C. A. 2d Cir. Certiorari denied. *Paul L. Ross* for petitioner. *Edward N. Sherry* for respondent Curtis Publishing Co.

No. 587. BILLY MITCHELL VILLAGE, INC. *v.* NEW YORK LIFE INSURANCE Co. Ct. Civ. App. Tex., 11th Sup. Jud. Dist. Certiorari denied. *Al M. Heck* for petitioner. *Edward R. Finck, Jr.,* for respondent.